DAVID W. HITTLE, OSB #74142
Suite 810, 388 State St.
Salem, OR 97301
Tel.: (503)371-3844
Fax.: (503)371-3738
dhittle@dwhaal.com
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LORIS YOUNG

               Plaintiff,

v

MICHAEL J. ASTRUE,
Commissioner of Social
Security,
               Defendant.

Civil No. 6:12-cv-00252-BR

ORDER FOR EAJA FEES

Based upon Plaintiff's application, it is hereby ORDERED that

Plainitff is awarded attorney fees in the amount of $5,568.42 under the

Equal Access to Justice Act 28 U.S.C. §2412, pursuant to 28 U.S.C. §1920.

DATED this 27 day of March, 2013.

_____
UNITED STATES JUDGE

Presented by: